# United States Court of Appeals for the Federal Circuit

---

June 9, 2023

**ERRATA**

---

Appeal No. 22-1057

**DAVID L. PICKETT,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

Decided:  April 6, 2023
Precedential Opinion

---

Please make the following change:

On page 4, line 34, delete: **[J.A. 144–49]**